UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
AUG 23 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:22-cr- 100 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| | ) | Magistrate Judge Lee |
| ANTHONY GEORGE | ) | |
| also known as "RED G" | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about January 24, 2021, in the Eastern District of Tennessee, the defendant, **ANTHONY GEORGE, also known as "RED G,"** did knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

████████████████████████

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Kevin T. Brown
Special Assistant United States Attorney

Page **1** of **1**